THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL MADISON, Defendant. [978 NYS2d 694]—

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Chambers, Austin and Roman, JJ., concur.